# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1699

_____

Kris Alan Hahn,                                   *
                                                  *
            Appellant,                            *
                                                  *   Appeal from the United States
      v.                                          *   District Court for the
                                                  *   District of Minnesota.
Thomas E. Bauer; Mark S. Wernick;                 *
J. Marshall; Peter Sichko; Michael O.             *   [UNPUBLISHED]
Freeman; City of Minnespolis; County              *
of Hennepin,                                      *
                                                  *
            Appellees.                            *

_____

Submitted: September 7, 2010
Filed: September 17, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kris Hahn appeals the district court's[1] order dismissing his civil action. Having carefully reviewed the record de novo, *see Strand v. Diversified Collection Serv. Inc.*, 380 F.3d 316, 317 (8th Cir. 2004), and Hahn's arguments on appeal, we conclude that this appeal fails. We agree with the district court that the claims dismissed with

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

prejudice for failure to state a claim were not viable claims under 42 U.S.C. § 1983, and we find that the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over the state law claims, which were properly dismissed without prejudice.[2]

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[2]Hahn also challenges the magistrate judge's denial of leave to amend his complaint, but that ruling is not properly before us because Hahn failed to object timely to the order.